IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAQUELL HATCHER & NIAMBI COOPER,<br><br>    Plaintiffs,<br><br>    v.<br><br>FAMILY DOLLAR STORE, INC.,<br><br>    Defendant. | HON. JEROME B. SIMANDLE<br><br>Civil No. 08-1444 (JBS/AMD)<br><br>**ORDER** |

    This matter having come before the Court upon Defendant's motion for summary judgment [Docket Item 14]; the Court having considered the submissions of the parties; and for the reasons explained in the Opinion of today's date;

    IT IS this **26th** day of **March, 2010** hereby

    ORDERED that Defendant's motion is **GRANTED IN PART** with respect to Plaintiff Hatcher's Wage Payment Act claim for the period between her pay being set by Houser at $9.00 and her termination, and **DENIED IN PART** as to all of the other claims.


                                **s/ Jerome B. Simandle**
                                JEROME B. SIMANDLE
                                United States District Judge